# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROY JOHN JONES, JR.,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 76573

**FILED**

AUG 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on March 22, 2018. Appellant did not file the notice of appeal, however, until July 27, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

                  _____, J.
                  Cherry

_____, J.
Parraguirre

              _____, J.
              Stiglich

cc: Hon. William D. Kephart, District Judge
Roy John Jones, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A